AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

YISROEL STERNBERG and ) 
CHANA BECK )
)
)
*Plaintiff(s)* )
v. ) Civil Action No.  19-cv-61115-WPD
)
SPIRIT AIRLINES, INC. )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    SPIRIT AIRLINES, INC.
By serving its Registered Agent
CORPORATION SERVICE COMPANY
1201 HAYS ST
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Yechezkel Rodal, Esq.
Rodal Law, P.A.
5300 N.W. 33rd Ave., Suite 219
Ft. Lauderdale, Florida 33309
Chezky@Rodallaw.com
(954) 367-5308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   05/02/2019

Angela E. Noble
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts